UNITED STATES of America,
Plaintiff–Appellee,

v.

Trent D. TROWELL, Defendant–
Appellant.

No. 13–6826.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Trent D. Trowell, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trent D. Trowell appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*